# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE

## STATE OF TENNESSEE v. HARRY G. STURGILL

**Criminal Court for Davidson County**
**No. 2001-B-1260**

---

**No. M2003-01817-CCA-R3-CD - Filed July 19, 2005**

---

### OPINION ON REHEAR

      This court granted Defendant's petition to rehear to consider the impact of the United States Supreme Court's decision in *Blakely v. Washington*, 542 U.S. 296, 124 S. Ct. 2531 (2004) on Defendant's sentence. Since that time, the Tennessee Supreme Court has considered the impact of *Blakely* on Tennessee's sentencing scheme and concluded that the Criminal Sentencing Reform Act of 1989and its procedures do not violate a defendant's Sixth Amendment right to a trial by a jury as described in *Blakely*. *See State v. Edwin Gomez*, ____ S.W.3d _____, No. M2002-01209-SC-R11-CD, 2005 WL 856848, at *22 (Tenn. Apr. 15. 2005). In light of the Supreme Court's recent decision in *Gomez*, this court determines that Defendant's argument that his sentence is improper under *Blakely* has no merit. This court's previous opinion is affirmed in all respects. Costs are assessed against the State.

PER CURIAM
JERRY L. SMITH, JUDGE
JOE G. RILEY, SPECIAL JUDGE
ALAN E. GLENN, JUDGE